UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

      Plaintiff,                                    Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation

      Defendant.
_____/

**PLAINTIFF'S MOTION FOR PROCEEDINGS SUPPLEMENTARY AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, DOAN SOLUTIONS, LLC, by and through its undersigned counsel, and pursuant to Rule 69 of the Federal Rules of Civil Procedure and Fla. Stat. § 56.29, hereby files this Motion for Proceedings Supplementary and Supporting Memorandum of Law, and states the following in support thereof:

      1.      A Final Judgment [D.E. 36] in this matter was entered on July 10, 2017, in favor of Plaintiff for an amount totaling $156,894.17 and accruing interest pursuant to 28 U.S.C. § 1961.

      2.      To date, the judgment remains unsatisfied. *See* Affidavit of Joshua W. Rosenberg, Esq., attached hereto as **EXHIBIT 1**.

      3.      Upon information and belief, Judgment Debtor, CREATIVE EMARKETING INC, has transferred substantial corporate assets, including its bank accounts and revenue streams, to other entities in an effort to avoid collection.

4. Specifically, it is believed that CREATIVE EMARKETING INC has assigned or otherwise transferred assets to CREATIVE MARKETING MEDIA INC., CEM WEBSITE SOLUTIONS, INC., CEM DEBT SOLUTIONS INC., and JOSEPH PICHARDO.

5. The records of the Florida Department of State reflect that JOSEPH PICHARDO is an owner or officer of each of Judgment Debtor CREATIVE EMARKETING INC., and the entities CREATIVE MARKETING MEDIA INC., CEM WEBSITE SOLUTIONS, INC., and CEM DEBT SOLUTIONS INC.  True and correct copies of the Sunbiz records are attached hereto as **EXHIBIT 2**.

6. In an effort to investigate the nature of the relationship between the companies, on January 18, 2018, counsel for Plaintiff issued a Subpoena for Deposition *Duces Tecum* to JOSEPH PICHARDO, a true and correct copy of which is attached as **EXHIBIT 3**.

7. The subpoena was served on JOSEPH PICHARDO on January 26, 2018, as evidenced by the affidavit of service attached as **EXHIBIT 4**.

8. JOSEPH PICHARDO failed to attend the deposition held on February 23, 2018, as evidenced by the Certificate of Non-Appearance attached here to as **EXHIBIT 5**, and he has failed to otherwise respond to the Subpoena or indeed even communicate with Plaintiff or its counsel.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order granting its Motion for Proceedings Supplementary and requiring, pursuant to Fla. Stat. § 56.29(2), that JOSEPH PICHARDO appear before the Court to be examined concerning Judgment Debtor's property. Plaintiff further requests that its reasonable attorneys' fees and costs incurred as a result of the proceeding supplementary be taxed against Judgment Debtor pursuant to Fla. Stat. § 56.29(11).

## CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO CONFER

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows:

The undersigned attempted to confer with Joseph Pichardo, the sole officer of Defendant, Creative Emarketing, Inc., by written correspondence sent April 2, 2018, via Federal Express. No Response was received.

/s/ Joshua W. Rosenberg
Attorney Name

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served upon all interested parties via U.S. Mail directed to Creative Emarketing, Inc., c/o Joseph Pichardo, 731 Lyons Road, Apartment 16202, Coconut Creek, FL 33063 on this April 10, 2018.

Respectfully submitted,

GARRITY TRAINA, PLLC
*Attorneys for Plaintiff*
5485 Wiles Road, Unit 404
Coconut Creek, FL 33073
Phone: (954) 753-6666
Fax:     (954) 753-6663

By: /s/ Joshua W. Rosenberg
**JOSEPH D. GARRITY, ESQ.**
Fla. Bar No. 87531
jgarrity@garritytraina.com
**C.C. TRAINA, ESQ.**
Fla. Bar No, 91238
ctraina@garritytraina.com
**CHRIS TRAINA, ESQ.**
Fla. Bar No. 91001
chris@garritytraina.com
**JOSHUA W. ROSENBERG, ESQ.**
Fla. Bar No. 88804
jrosenberg@garritytraina.com
gtservice@garritytraina.com (secondary)