UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

    Plaintiff,                                      Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation

    Defendant.
_____/

## **PLAINTIFF'S MOTION FOR REISSUANCE OF NOTICE OF PUBLICATION**

Plaintiff, DOAN SOLUTIONS, LLC, by and through its undersigned counsel, respectfully requests that this Honorable Court instruct the Clerk of the Court to issue a new signed and sealed Notice of Publication [D.E. 46], and states the following in support thereof:

1. On May 31, 2018, this Honorable Court entered an Order Granting Motion for Service by Publication [D.E. 44], which permitted Plaintiff to serve its Motion for Proceedings Supplementary [D.E. 39] and this Court's Order granting the same [D.E. 41].

2. On June 1, 2018, the Clerk of the Court complied with the Order [D.E. 44] and issued the Notice of Publication with the Court's Seal [D.E. 46]. The Notice required Joseph Pichardo to respond to the Motion for Proceedings Supplementary by June 29, 2018.

3. The undersigned submitted the Notice of Publication to the *Daily Business Review* for publication on June 11, 2018.

4. On the evening of June 11, 2018, the undersigned's mother passed away unexpectedly, resulting in his absence until June 19, 2018, while he tended to the details which accompany such an event.

5.  As a result of the undersigned's absence, he was unable to receive his e-mails, and could not timely respond to correspondence from the *Daily Business Review*, dated June 12 and 13, 2018, regarding his request to publish the Notice.

6.  Upon responding to the correspondence after returning to his office on June 19, 2018, the *Daily Business Review* stated that the publication had been cancelled after receiving no response. In addition, the *Daily Business Review* believes that because the response date is only ten days from the date of this Motion, the Clerk should reissue the Notice.

7.  The undersigned agrees with position of *Daily Business Review*. In order to afford Mr. Pichardo the full benefit of time to respond to the Motion for Proceedings Supplementary, a new response date should be fixed, and the Notice of Publication reissued.

8.  A new Notice of Publication, with a response date of July 27, 2018, has been attached hereto as **EXHIBIT A**.

9.  The Clerk of the Court has already certified [*see*, D.E. 45] that it has complied with this Court's Order [D.E. 44] by mailing to Mr. Pichardo's last known address a copy of Plaintiff's Motion for Proceedings Supplementary [D.E. 39] and this Court's Order granting the same [D.E. 41].

10.  This request is made in good faith, and not for purposes of delay or harassment.

**WHEREFORE**, Plaintiff, DOAN SOLUTIONS, LLC, respectfully requests that this Honorable Court enter an order instructing the Clerk of the Court to reissue the Notice of Publication, attached hereto as **EXHIBIT A**.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served upon all interested parties via U.S. Mail directed to Creative Emarketing, Inc., c/o Joseph Pichardo, 731 Lyons Road, Apartment 16202, Coconut Creek, FL 33063 on this June 19, 2018.

Respectfully submitted,

GARRITY TRAINA, PLLC
*Attorneys for Plaintiff*
5485 Wiles Road, Unit 404
Coconut Creek, FL 33073
Phone: (954) 753-6666
Fax:    (954) 753-6663

By: /s/ Joshua W. Rosenberg
**JOSEPH D. GARRITY, ESQ.**
Fla. Bar No. 87531
jgarrity@garritytraina.com
**C.C. TRAINA, ESQ.**
Fla. Bar No, 91238
ctraina@garritytraina.com
**CHRIS TRAINA, ESQ.**
Fla. Bar No. 91001
chris@garritytraina.com
**JOSHUA W. ROSENBERG, ESQ.**
Fla. Bar No. 88804
jrosenberg@garritytraina.com
gtservice@garritytraina.com (secondary)