UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
JUN 29 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DOAN SOLUTIONS, LLC
A NORTH CAROLINA LIMITED LIABILITY COMPANY

Plaintiff,

Civil Action No:16-cv-62883
DIMITROULEAS/SNOW

v.

Creative EMarketing, INC.
d,b,a STUDENT LOAN HELP 1
a Florida Corporation

Defendant.

Joseph Pichardo /
CeM INC

## ANSWER TO PLAINTIFF'S MOTION FOR PROCEDINGS SUPPLEMENTARY AND SUPPORTING MEMORANDUM OF LAW

**Comes Now the Defendant Joseph Pichardo, in answering the allegations of the complaint on file denies all allegations as follows:**

I Joseph Pichardo ask your Honor to please consider the dismissal of the judgement under jurisdiction or venue, in the agreement between plaintiff and defendant that both parties agree to meditation of any disputes.

I Joseph Pichardo never did any business with Doan Solutions LLC. I never corresponded with the company or representatives of the company via phone, fax, or email. I am a regular guy answering this pro se because I cannot afford an attorney to speak on my behalf. Your honor I would love to have my day in court and given the opportunity that I Joseph Pichardo personally am not liable for any corporate debts. The corporation had been dissolved since September 2016. I have caused no financial damages for Doan Solutions LLC but on the other hand he has ruined me wrongfully, and in turn has caused financial hardship for my family and me. I would like to submit a counter claim in the amount of $75,000.00 for causing my loss of income, marital hardships and physical illness(hypertension/anxiety/stress).

I worked for a company that made all their employees obtain a corporation. The man I worked for/with said he couldn't have anything under his name for tax reasons so therefore in good faith I agreed to put my name along with his wife and or his wife's sister. The only link between Doan Solutions and Creative E Marketing is Sean McAuliffe. The guy I worked with at the time Sean McAuliffe CFO of Creative E Marketing and real owner handled all money. He had full access to all merchant accounts. In fact, Sean McAuliffe was who signed up Thai Dolan to Student Loan Help One and wrongfully included the following corporations(Creative E Marketing, Student loan help.com) which had nothing to do with his Student Loan Help One account for Doan Solutions LLC. I Joseph Pichardo never processed any credit Merchant accounts for this corporation.

In conclusion all I really want is my day in court to prove to you that this has been a big misunderstanding and I joseph Pichardo have no involment in this matter between Doan Solutions and Sean McAuliffe. I have also attached the original contract singed and dated between Mr. Thai Dolan And Sean McAuliffe.

Joseph Pichardo
731 Lyons Rd
16202
Coconut Creek FL 33063

# STUDENT LOAN HELP ONE

*Student Loan Help One*

*A Creative EMarketing Company*

*2000 N State Road 7, Suite 206*

*Coconut Creek, FL 33063*

## AFFILIATE AGREEMENT

This Agreement describes the terms and conditions for participation in Creative EMarketing, Inc; AKA StudentLoanHelpOne.com; AKA CEM Affiliate Program. This agreement dated March 28th, 2016 by and between Creative EMarketing, Inc. (hereinafter "CEM"), a for-profit corporation organized under the laws of the State Of Florida whose principal address is located at 2000 N State Road 7, Suite 206, Coconut Creek, FL 33063 and Doan Solutions LLC, (hereinafter Affiliate), a company organized under the laws of the State of NC, whose principal address is located at 5842 Fayetteville Rd Ste 105, Durham, NC 27713, interchangeably referred to herein individually as a "Party" or collectively as the "Parties".

### AGREEMENT DURATION

This agreement will begin upon both parties executing this agreement and will end when terminated by either party. Termination may happen at any time, with or without cause, by giving the other party 30 days written notice of termination.

### SERVICES PROVIDED

CEM will accept and place a qualified client that is received from the Affiliate, into a Federal Student Loan Consolidation Program. A qualified client is defined as a client that is having difficulty in making their monthly minimum payments on their Federal Student Loans and is at least 6 months out of school, and has not previously consolidated. Affiliate shall provide CEM with qualified clients as defined above. Affiliate agrees to use its best practices in providing courteous and professional customer service as dictated by industry standards to all prospective and qualified clients. Affiliate agrees to CEM with any and all information, documentation, or the like necessary for CEM to submit a Federal Student Loan consolidation Package to the Department of Education.

### EMPLOYMENT STATUS

Nothing herein shall be construed to create the relationship of employer-employee between CEM and Affiliate. Affiliate assumes the status of an independent contractor. Within the territory in which Affiliate performs, Affiliate shall be free to exercise independent judgment as to the time and manner in which he may perform the services authorized to be performed under this agreement, but CEM may, from time to time, prescribe rules and regulations with respect to the conduct of the business covered hereby.

### COSTS AND EXPENSES

Each party shall be responsible for its own costs and expenses relating to and/or in the performance of its duties and obligations stemming from the Agreement.

### COMMISSIONS AND FEES

Affiliate shall make payment weekly or have payment deducted from weekly batch for all clients that CEM has been assigned to process. This payment shall be made using the payment method Affiliate provides to CEM. The fee for processing shall be described in schedule A.

### REPORTING

Within five business days, written request by one party to the other, the receiving party shall provide an accounting relating to all qualified clients it has sent, received, or processed payments for, relevant to this Agreement.

### AFFILIATE ACKNOWLEDGEMENTS

- Affiliate Acknowledges that CEM reserves the right to recover from Affiliate fees paid to Affiliate, where the client's monies that were associated with said fees were returned for insufficient funds, revoked ACH's, stop payments, money back guarantee refunds or any other circumstances where Affiliate is compelled to return funds to a client.
- Affiliate acknowledges that CEM will not be liable for payment of commission to Affiliate for any leads which CEM determines to be unacceptable or ineligible for the Federal Student Loan Consolidation Program.
- Affiliate acknowledges that all agreements, software, documents, proposals, hardware and any and all personal property provided by CEM in furtherance of the client agreement shall remain the sole and exclusive property of CEM.

- Affiliate acknowledges that CEM shall have the right to refuse any client that has enrolled into the Program through Affiliate due to restrictions and/or eligibility into the Federal Student Loan Program. If this occurs, CEM will not be responsible for reimbursing Affiliate any marketing/advertising fees.
- Affiliate acknowledges that the identity and information relating to the clients of CEM are confidential information of CEM.
- Affiliate acknowledges that any misrepresentation of the products or services offered by CEM will result in immediate termination of this Agreement and Affiliate will lose all present and future commissions.
- Affiliate will comply with all local, state, and federal laws, rules, regulations, and restrictions, including, without limitation, the federal Telemarketing Consumer Fraud and Abuse Prevention Act and Telemarketing Sales Rule (15 USC ss6101, 16CFR, Part 310) ("TSR"), the Telephone Consumer Protection Act (47 USC ss227, 47 CFR, Part 64), the Equal Opportunity Credit Opportunity Act (15 USC ss1691-1691d and Reg. B ss202.1-202.14), the Gramm-Leach Bliley ("GLB") Act and other applicable anti-discrimination and consumer protection laws in regard to to sales, advertising, marketing, telemarketing, and disclosure practices and requirements regarding the safeguarding and/or destruction of records containing personal information about Clients.
- Affiliate may not misrepresent the total cost to purchase, receive, or use and the quantity of any goods or services that are subject to the sales offer.
- Affiliate may not misrepresent any material restriction, limitation, or condition to purchase, receive or use goods or services that are the subject of a sales offer.
- Affiliate may not misrepresent any material aspect of the performance, efficacy, nature, or central characteristics of goods or services that are the subject of the sales offer.
- Affiliate may not misrepresent any material aspect of the nature or terms of the seller's refund, cancellation, exchange or repurchase policies.
- Affiliate may not misrepresent, directly or by implication, a seller's or telemarketer's affiliation with, or endorsement or sponsorship by any person or governmental, charitable, educational, medical, religious, fraternal, or civic organization, body or entity.
- Affiliate may not misrepresent or use the term "nonprofit" or similar terms in a deceptive manner.
- Affiliate may not misrepresent the amount of time necessary to achieve the represented results.

## TERM, EXCLUSIVITY, ASSIGNMENT, TERMINATION, AND AMENDMENT

If this Agreement is terminated due to and unlawful act by Affiliate, Affiliate agrees that any unpaid commissions shall be first applied to any current or future expenses, liabilities, damages or injury which CEM may be subject to due to Affiliate's act, omission or negligence of the Affiliate, and then to the account of the Affiliate or its nominated beneficiary, if permissible by law. Upon termination of this Agreement, Affiliate will return to CEM, within ten (10) calendar days, all confidential information of CEM or firm(s). This Agreement may be amended at any time only by written agreement signed by Affiliate and CEM, unless otherwise specified.

## NON-DISPARAGEMENT

During the term of this Agreement and for a period of two (2) years after the termination of this agreement, each party will refrain from making, spreading, and/or publishing and disparaging or negative comments, statements, or implications, whether oral or written, against the other party that has the effect of damaging the reputation, character, or otherwise having a detrimental effect on the party. Each party covenants that they will continue to uphold the good reputation and image of the other party in public.

## NO LIABILITY FOR CEASING BUSINESS

Neither Party shall have any liability to the other in the event that it ceases to do business.

## JURISDICTION, VENUE, LAW AND CONDITIONS PRECEDENT TO LITIGATION

The parties agree that prior to the filing of any litigation for enforcement or interpretation of this Agreement, to first submit the matter for non-binding mediation before a duly qualified and licensed mediator agreed upon by the parties at a mutually agreeable time and date, however, all such matters shall be submitted to mediation within 60 days of notice by either party of demand for mediation. Should the parties fail to agree on a mediator or mutually convenient date and time for mediation, same shall be used of evidence of breach of this Agreement. Each party shall bare its own fees and costs for mediation, and agrees to evenly share the cost for mediation, including the mediator's fees, but not to include travel, lodging or incidental costs of the parties or their respective representatives.

Should this Agreement ever be litigated for enforcement or interpretation, all parties agree and stipulate that the only venue and jurisdiction shall be Broward County, Florida and Agreement shall be governed by and construed in accordance with the laws of the State Of Florida, without regard to conflicts of laws principles. In the event the Affiliate is located outside the State of Florida, the Affiliate agrees that Florida is the only venue to resolve any litigation concerning this contract, unless otherwise agreed by CEM, and hereby subjects and avails itself to the

jurisdiction of the proper courts governing Broward County. Affiliate hereby acknowledges that breach of any of the provisions contained herein may not be solely satisfied by remedies available at law, and as such, a valid remedy for breach CEM may require injunctive relief in the state where the Affiliate is located and then move or transfer the case to Broward County, Florida. This jurisdiction, venue and law clause is to be considered mandatory. Unless otherwise agreed upon by CEM, the parties must use Broward County, Florida as the forum in all litigation concerning this agreement. Further, the Affiliate waives any and all privileges and rights, which he or she may have under Chapter 47, Florida Statutes, relating to venue, as it now exists or may hereafter be amended. The prevailing party, as defined by Florida Law, shall be entitled to reasonable attorney's fees and costs for any litigation for enforcement or interpretation of this Agreement.

## ACKNOWLEDGEMENT

By signing below, Affiliate and CEM acknowledge that this Agreement has been read, understood, and agreed to all terms and conditions and agree to accept all formal notices at the addresses designated below. By signing below, Affiliate and CEM also agree that this Agreement replaces and voids any previous agreement between the parties, and may be executed in multiple counterparts, each of which shall be deemed enforceable without production of others.

_____          _____

Sean McAuliffe , CFO                                                          Date

Creative EMarketing, Inc.

2000 N State Road 7, Suite 206

Coconut Creek, FL  33063

_____          28MAR2016

Thai Doan, Owner                                                              Date

Doan Solutions LLC

5842 Fayetteville Rd, Suite 105

Durham, NC 27713

## STUDENT LOAN AFFILIATE AGREEMENT-SCHEDULE A

| DEAL TYPE | PROCESSING FEE PER DEAL | |
|---|---|---|
| | Weekly Deal Volume | Price |
| Regular Consolidation | 10-50 | $35 |
| | 51-100 | $25 |
| | 101-200 | $15 |
| | 200+ | $10 |
| Garnishment | $55 | |
| Monthly CRM Login Fee | $49 per month per user | |
| Merchant Fees | 10% per transaction | |

*There is a minimum of 10 deals per week that will be charged for processing. If more than 10 deals are processed than refer to the chart above.

*The first 30 days of this agreement there will be no 10 deal minimum and each deal will have a flat $45 processing fee.

_____     _____
                                                                          Date

Sean McAuliffe, CFO

Creative EMarketing, Inc.

2000 N State Road 7, Suite 206

Coconut Creek, FL 33063

_____     _28MAR 2016_____
                                                                          Date

Thai Doan, Owner

Doan Solutions LLC

5842 Fayetteville Rd, Suite 105

Durham, NC 27713

## Card Payment Authorization Form

Sign and complete this form to authorize CEM Marketing Solutions Inc: AKA StudentLoanHelpOne.com; AKA CEM to debit your credit card listed below.

By signing this form you give us permission to debit your account weekly for the fees outlined in the Affiliate Agreement and Schedule A.

### Please complete the information below:

I, Thai Doan, authorize CEM Marketing Solutions Inc: AKA StudentLoanHelpOne.com; AKA CEM to charge my credit card account indicated below:

Billing Address _5308 Lyon Farm Dr____

City, State, Zip ___Durham, NC 27713_____

Phone# __919-539-3309_____

Email __thai@dsllc.org_____

Card Type: _____Mastercard_____

Cardholder Name __Thai B Doan_____

Account Number ___5424181161304980_____

Expiration Date _10/18_____

CVV2 (3 digit number on back of Visa/MC, 4 digits on front of AMEX) __560_____

SIGNATURE _____  DATE _28MAR2016___

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only. I certify that I am n authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form.