```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 16-62883-CIV-WPD
 3
    DOAN SOLUTIONS, LLC,          )
 4                               )
         PLAINTIFF,              )
 5                               )
         -v-                      )
 6                               )
    CREATIVE EMARKETING, INC.,    )
 7  D/B/A STUDENT LOAN HELP 1,    )
                                 )
 8       DEFENDANT.               )    Fort Lauderdale, Florida
                                 )    July 18, 2018
 9  _____)

10

11               TRANSCRIPT OF HEARING PROCEEDINGS

12             BEFORE THE HONORABLE LURANA S. SNOW

13                UNITED STATES MAGISTRATE JUDGE

14

15  Appearances:

16  FOR THE PLAINTIFF          Joseph D. Garrity, ESQ., and
                               Christine C. Traina, ESQ.
17                             Garrity Traina, P.A.
                               10394 West Sample Road
18                             Suite 201
                               Coral Springs, FL 33065
19
    ALSO PRESENT               WITNESS:  Joseph Pichardo
20
    Reporter                   Stephen W. Franklin, RMR, CRR, CPE
21  (561)514-3768              Official Court Reporter
                               701 Clematis Street
22                             West Palm Beach, Florida  33401
                               E-mail:  SFranklinUSDC@aol.com
23

24

25
```

```
 1          (Call to the order of the Court.)

 2              THE COURTROOM DEPUTY:  Calling case 16-62883, Doan

 3   Solutions versus Creative Emarketing.

 4              THE COURT:  All right.  May I have appearances,

 5   please.

 6              MR. GARRITY:  Joseph Garrity on behalf of the

 7   plaintiff, Doan Solutions, LLC.

 8              MS. TRAINA:  C.C. Traina on behalf of the plaintiff,

 9   Doan Solutions, LLC.

10              THE COURT:  And?

11              MR. PICHARDO:  Joseph Pichardo.

12              THE COURT:  All right.  We are here because we have

13   received a number of communications from Mr. Pichardo having

14   to do with these proceedings supplementary, and so we decided

15   to bring everybody in so that he could communicate with us in

16   an official capacity.

17              But let me start with the plaintiff, and just give

18   me a summary of where we are, and then if Mr. Pichardo wants

19   to respond, he may do so.

20              MR. GARRITY:  Yes, Your Honor.

21              We have a judgment in this case against Creative

22   Emarketing --

23              THE COURT:  You know what, please sit down or go to

24   the podium, because otherwise we're going to lose the volume

25   of your voice.
```

1          MR. GARRITY:  Yeah, we have a judgment in this case

2   that was entered on July 7th, 2017, for $156,894.17 against

3   Creative Emarketing, Inc.  We are trying to collect on that

4   judgment against that entity.  We served a subpoena on the

5   individual who is listed as the owner of Creative Emarketing,

6   Inc., and that subpoena was served in February 2017 for him to

7   come and produce records to enable us to determine whether or

8   not we could collect on this judgment.  Return of service was

9   given to us as part of the record filed as exhibit 4 in our

10  motion.  There was a Certificate of Nonappearance, exhibit 5.

11  An individual did not show up to produce any of the records

12  that we requested.

13          And I will say that Mr. Pichardo had -- has shown up

14  at my office since that date and raised some of the issues

15  that he also raised in his correspondence with this Court.  So

16  we're here to determine what exactly is going on.  If these

17  records existed, if we can get to our collection efforts on

18  behalf of our client from this entity that he had a contract

19  with and that we hold a judgment against.

20          It's my understanding --

21          THE COURT:  And what was Mr. -- is it Pichardo or

22  Picardo?

23          MR. PICHARDO:  Pichardo.

24          THE COURT:  Pichardo.

25          -- Mr. Pichardo's relationship to the original

```
 1   defendant in this case?

 2        MR. GARRITY:  From my understanding from the records

 3   that we have received from Sunbiz, that he was listed as the

 4   owner.  In speaking to him, he has told me that he was an

 5   owner in name only, that he was a straw owner of this entity.

 6   That the entity is really owned by a different individual,

 7   someone who's operating as the CFO of this particular entity.

 8   And that's why I would like to put that on the record to see

 9   if that, in fact, is what he is going to testify to today so

10   that we can move forward with collection efforts against the

11   right individual and try to receive some of these records from

12   the entity that we have the judgment against to see if there

13   is a possibility that we can collect.

14        THE COURT:  All right.  Mr. Pichardo, did you wish

15   to -- see, the problem is that the communications with the

16   plaintiff and with the Court are really not officially done.

17   They're -- you have to file something in the record.  So in

18   lieu of that, we thought it would be easier to have you

19   communicate that in person.  So I would like to take your

20   testimony under oath if that's agreeable to you.

21        MR. PICHARDO:  Sure.

22        THE COURT:  All right.

23        MR. PICHARDO:  Thank you for the opportunity for

24   letting me speak.

25        THE COURT:  Raise your right hand.
```

```
 1                 Joseph Pichardo, witness, sworn.

 2                          Examination

 3   BY THE COURT:

 4   Q     Please state your full name for the record.

 5   A     Joseph Pichardo.

 6   Q     All right.  Mr. Pichardo, if you want to state for the

 7   record the matters which you've communicated to opposing

 8   counsel and to the Court regarding your relationship to

 9   Creative Emarketing and also the location, if you know, of the

10   records they were~-- the plaintiff was requesting.

11   A     Creative Emarketing would -- the business was listed

12   under my name.  The basic thing that was going on at the

13   company was like, okay, that business would be under my name,

14   and the other person on the paperwork, like a -- that shows

15   was the actual owner's wife, and like he would list himself as

16   the CFO.  Somebody else would have the merchant account where

17   the, you know, the money would come in, and so on and so

18   forth.  So he just -- just broke up the company in different

19   ways.

20   Q     And how were you listed?

21   A     It said CEO.

22   Q     And what was your -- did you have any functions as CEO?

23   What did you do?

24   A     I was a sales guy on the floor.  It's a call center.  I

25   was like the sales guy on the floor.  I didn't do what --
```

```
 1   because -- and this is a whole bunch of stuff.  I didn't do
 2   what the plaintiff does for a living.  They did like some
 3   student loan business and stuff like that.  I was insurance.
 4   Creative Emarketing was set up for an insurance lead business,
 5   generating, you know, people that want to buy auto insurance
 6   or life insurance.  Then that comes to me, and then my job was
 7   to, like, cold call an Allstate agent, you know, or an
 8   insurance agent and sell him that information.
 9          At some point in time, he opened up that other
10   business and just threw it under that name, and, you know,
11   just used a merchant account and just grew it that way.  But
12   that wasn't something that I dealt with or even know exactly
13   how the business works.  I never spoke to the plaintiffs, you
14   know, on the phone or anywhere or anything else at that.
15   Q    So the other business that was apparently started under
16   the same name and the same umbrella, did it have a physical
17   location?  And did --
18   A    Yes.
19   Q    And did you have -- did you go to an office, or did you
20   work from home?
21   A    I went to an office every day.
22   Q    And was it the same office for the other business?
23   A    Correct.  Yeah, like he divided it up.  There was
24   cubicles over here for this, cubicles over there for that, and
25   like that.
```

```
 1              So like if someone -- say, for example, okay, it's a
 2   sales floor.  He would hire a new guy to cold call, but the
 3   new guy was somewhere else, and his experience would be, like,
 4   selling time shares.  Well, if that guy was good as, hey,
 5   we're in the timeshare business, too.  So now you're in charge
 6   of time shares.  This is your little section, you build your
 7   own team, and so on and so forth.  So that's how he was
 8   setting it all up, but it -- apparently he put everything
 9   under one umbrella.
10   Q    So you never actually functioned as CEO of the company
11   even though you were listed as that, is that what you're
12   telling me?
13   A    Correct.
14   Q    And did there come a time when you severed your -- or
15   your relationship with Creative Emarketing ended?
16   A    Uh, yeah.
17   Q    And when was that?
18   A    When he stopped paying me.  That was last year.
19   Q    Last year sometime?
20   A    Yeah, yeah.
21   Q    And was the company still in existence at the time that
22   you left it?
23   A    Not -- not under that same name.  Like there's -- when
24   you look at the thing, and you'll see like my name as --
25   you'll see other people's names.  If you look them up, there
```

```
1    will be other companies under them.  So he'll just be

2    something else.

3              Like when I left, he was on Cypress Creek.

4    What's -- the address, I forget the number of the building,

5    but that's where it was.  And the last time they spoke to

6    him -- that -- because he owes me money.  I never got paid for

7    anything, you know.  At the end, he was in Lighthouse Point.

8    So, you know, they change names, they move offices, but

9    they're still out there.

10   Q    Did you personally ever have custody or control over any

11   records for your part of the company or any part of the

12   company?

13   A    I had one bank account that was under my name that I went

14   down and I opened it up with him.  He managed.  He wrote all

15   the checks and everything else.  And then he blew up that bank

16   account, like so many bad checks jammed me up, put me in Check

17   Systems.  I couldn't have a bank account.  Still don't have a

18   bank account, there's money owed, and that was pretty much it.

19             But other than that, when it comes to money coming

20   in, it's a merchant account, like, you know, for Visa,

21   Mastercard, American Express, that sort of stuff.  I never had

22   that in any of my name or anything else like that.

23   Q    When you stopped working for them, did you take any

24   documents with you?

25   A    I took, uh, just stuff that I had in my desk, like a
```

```
 1   client list, or, you know, stuff like that.  Because you just

 2   take your stuff, and I was willing to give it all back to him

 3   if he would pay me.  I may still have some of that stuff.

 4   It's been a while, but, yeah.

 5   Q    Well, in terms of what was being sought in the subpoena,

 6   do you have any of those records?

 7   A    Uh, I don't have the list of what's being sought.

 8              THE COURT:  Do you have that?

 9              MR. GARRITY:  I do.

10              THE COURT:  All right.  The record will reflect that

11   the list of documents that was attached to the subpoena that

12   was issued to Mr. Pichardo is being handed to Mr. Pichardo.

13              That is what you just handed him, correct?

14              MR. GARRITY:  That is correct.

15   BY THE COURT:

16   Q    Okay.  You want to look at that and see -- and take your

17   time.  There's no time pressure here.  Look through it

18   carefully and see if you have -- either have any of those or

19   know where they might be located.

20   A    No.  And not all of these were under my name.  Only

21   Creative Emarketing, and I don't have that.  But some of these

22   other ones in here, like Debt Solutions, that was like another

23   guy that worked there, to put a company under his name.  Like

24   if you were to get a job there, they would 1099 you, so you

25   had to get a corporation anyway.  And then once they had your
```

```
1   information, then, you know, sky's the limit.  You get eight

2   companies under your name once you start working there.

3            But yeah, no, I don't have any of this.

4            Creative Marketing Media, that was like the guy's

5   sister-in-law.  Another one here, it's like that company's

6   under his wife's name.  But, yeah, no.

7   Q    And is it fair to say any documents that you might have

8   would pertain to the insurance portion of this business, as

9   opposed to the student loan aspect?

10  A    Not financial documents.  I have, like, leads, client

11  list, you know, like the actual day-to-day work stuff.

12  Q    Well, whatever you have --

13  A    Yeah.

14  Q    -- wouldn't apply to the student loan part of it?

15  A    No, it would be insurance stuff.

16            THE COURT:  Mr. Garrity, do you have any questions

17  of him?

18            MR. GARRITY:  I do.  I do, Your Honor.

19                      Direct Examination

20  BY MR. GARRITY:

21  Q    I'm going to show you what was exhibit 3 to our motion --

22  it's some Sunbiz records -- and see if we can go through it

23  real quick.

24  A    Sure.

25  Q    The first one is Creative Emarketing, and you are listed
```

```
1    in that exhibit?

2    A    Yes, I am.

3    Q    And the title of that is "Owner"?

4    A    Correct.

5    Q    Okay.  And is it your testimony that there was an

6    individual who was asking you to be the owner of this company,

7    but, in fact, there was someone else who owned the company?

8    A    Yeah.  Like, for example -- and you learn this after

9    everything, and you look at the paperwork.  Hey, this is just

10   a formality.  Look, we're going to put this company under you

11   just to make everything's okay.  My wife's going to be the

12   number 2.  But now I look at this, and I'm like, that's not

13   how he -- he misspelled his wife's name, you know.

14   Q    Who was the individual who asked you to do that?

15   A    Sean McAuliffe.

16   Q    What's his last --

17        THE COURT:  McAuliffe.

18   BY MR. GARRITY:

19   Q    Okay.  Thank you.

20   A    You know, so years later you look at it, and I'm like,

21   wow, this guy already knew to misspell his wife's name and

22   only leave my name here, and . . .

23   Q    Looking at another Sunbiz record, it's for another

24   entity?

25   A    Uh-huh.
```

```
 1   Q    What's the name of that entity?

 2   A    This one is -- oh, it's CEM Debt Solutions, Inc.

 3   Q    Do you know what that company did?

 4   A    That was the student loan.  That's what dealt with the

 5   student loan.

 6   Q    All right.  And you're also listed as vice president in

 7   that entity?

 8   A    Yes.  It has my name on it, yes.

 9   Q    Okay.

10   A    It has somebody else that's the owner.

11   Q    Do you know who Michael --

12   A    He -- he was just --

13   Q    -- Sterling is?

14   A    He's like me.  He was just a guy that was working there.

15   Q    Again --

16   A    Okay.  He's the one that came up with the idea.  He was

17   doing this somewhere else as an employee, and it was like,

18   this is what I was doing over here, they were making money

19   over there, and he said, all right, you're in charge of that.

20   Q    When you said he said, all right, you're in charge of

21   that, that was the same Sean?

22   A    That would be the same Sean --

23   Q    Okay.

24   A    Okay, you're in charge of that end.

25   Q    And there's another Sunbiz record called Creative
```

```
 1   Marketing Media, Inc.

 2   A    Uh-huh.

 3   Q    What was that company doing?

 4   A    That one I don't know.

 5   Q    Did you ever agree to be the --

 6   A    I don't know what a --

 7   Q    -- CMO of that entity?

 8   A    Yeah, no.

 9   Q    No?

10   A    He said he was . . . that's his sister-in-law, the other

11   name on it.

12   Q    The Elizabeth is his -- is Sean's sister-in-law?

13   A    Yes.

14   Q    Okay.  Then there's another company, it's called CEM

15   Website Solutions, Inc.  Do you have any idea what that

16   company does?

17   A    Yeah, that was set up when you call the insurance agents

18   to sell them leads, then you can sell them on building

19   websites for them, but that never really did anything.

20   Q    Okay.  And were you asked to be the CEO of that company?

21   A    I mean, I wasn't asked.  It was just, this is what it is.

22   Q    Did you have any corporate meetings at this place that

23   you operated out of?  Are there any minutes of any meetings

24   that you ever attended?

25   A    No.
```

```
 1   Q    Okay.  Were you actually served the request for these

 2   documents?  Do you remember receiving them from a process

 3   server, getting paperwork?

 4   A    Yeah, they left it on my door, and you mailed something

 5   once.

 6   Q    And what did you do with that paperwork once you got it?

 7   A    I brought it in to work and I handed it to Sean, because

 8   the original one had Creative Emarketing on it, but it had his

 9   name on it.  And he said, don't worry about it.  Anything else

10   comes in, just hand it to me, and that's what I did.

11   Q    Okay.  Was it your understanding that he would be

12   responding to whatever paperwork was received?

13   A    Yes.

14   Q    I'm just going to show you one more document, ask you if

15   you recognize it.

16   A    Okay.  That's the agreement, what was part of the . . .

17   Q    Have you ever seen it before?

18   A    Uh, yeah.

19   Q    Okay.  And the entity that's listed in the first page is

20   called Creative Emarketing Company, correct?

21   A    Yes.

22   Q    And so they're entering into the Student Loan Health 1

23   agreement?

24   A    Uh-huh.  Here as Creative Emarketing, and then here as --

25   and then over here, you're authorizing CEM Marketing
```

1   Solutions, Inc.  You know, like it's a different company here,

2   and then another company here, and it's . . .

3   Q    Well, was this contract actually executed at some point?

4   A    Yeah, that's your client when he signed up, right?

5   Q    Is there a signature line for anybody from Creative

6   Emarketing, Inc. for this agreement?

7   A    Oh, no.  I don't see it here, no.

8   Q    Do you see a space for a Sean McAuliffe, CFO, is supposed

9   to sign on behalf of the entity, Creative Emarketing, Inc.?

10   A    I do see that.

11   Q    Were you ever involved in any of the contracts being

12   signed for any agreements between Creative Emarketing, Inc.,

13   and any third party, like the plaintiffs in this case?

14   A    No.

15   Q    Did Sean handle all of that?

16   A    He literally handled everything financial.  I even showed

17   you a text message.  You know, it's . . .

18   Q    Okay.  And other than the cubicles being arranged in his

19   office space where you were doing different operations, was

20   there any other division between the entities, or was it like

21   you said, someone came up with an idea, and they said, go

22   ahead, you're now doing this?

23   A    That's pretty much on the money.

24   Q    And do you know if there was more than one merchant

25   account for all of these businesses, or did they run out of

```
 1   the same merchant account?
 2   A     Well, I didn't get -- here's the thing.  I sure that
 3   there is more than one.  When I was there, and the reason why
 4   I didn't get paid, was because there was only one.  You know,
 5   there was the charge-backs from your client.  He's very
 6   opportunistic, you know what I mean?  So if it's --
 7   Q     You're talking about Sean?
 8   A     Yes.
 9   Q     Okay.
10   A     So if it's -- if he has a way out of not paying, hey,
11   that guy charged back, so there's no money, I can't pay you,
12   Joe.  You know, but there will be other merchants, but I just
13   wouldn't know or have access to or would be able to see the
14   money.
15   Q     Okay.  And when you left, how much did he owe you?
16   A     Ballparking it, 60 grand over, you know, two years.
17               THE COURT:  You never got paid anything?
18               MR. PICHARDO:  No, I got paid.
19               THE COURT:  Oh.
20               MR. PICHARDO:  But he would just always short you.
21   Hey, listen, yeah, there's 2500 coming in two weeks, don't
22   worry, and then give you 500 of that.  Then that would be two
23   grand, then another two grand, then 500 here.  Multiply that
24   over two -- when I was there, I never saw him as a bad guy or
25   a villain or this guy that was just trying to screw me or
```

```
 1   anybody else.  It was like a guy that doesn't have great luck,

 2   you know, like a Ralph Kramden type of character.  Like, oh,

 3   all right, I'll stick around.  Oh, this will get better.

 4   Okay, this will happen, and he'll throw me a couple of bucks,

 5   keep on working.  But it just -- it just never worked out that

 6   way.  It never worked out well.

 7              THE COURT:  Okay.

 8   BY MR. GARRITY:

 9   Q    When did you actually leave?  When was your last time

10   that you worked there?

11   A    My son was born in November 2017, and he was a preemie,

12   and I was, just between all that and not getting paid and all

13   the nightmare . . . I was going in sporadically before that,

14   and then after he was born, like, I just didn't even bother.

15   Q    Okay.  And --

16              THE COURT:  When's your son's birthday?

17              MR. PICHARDO:  November 4th.

18              THE COURT:  Okay.

19   BY MR. GARRITY:

20   Q    And the last place that you went into the office, where

21   was that located?

22   A    That was on Cypress Creek.

23   Q    And do you have any copies of any of the checks that he

24   used to pay you when he did pay you?

25   A    No.  He would tell me, like, I'll transfer some money
```

```
 1    into your account, or here's a check, and he would give --
 2    last check he gave me actually bounced.  I may have a copy of
 3    that somewhere.
 4    Q    And when you said he would transfer money into your
 5    account, do you have the bank records for that bank account
 6    where that money was transferred into?
 7    A    (Indiscernible).  That was years ago.
 8    Q    What bank that was?
 9    A    BB&T.  No, Bank of America.
10              THE COURTROOM DEPUTY:  Microphone, please.
11              MR. PICHARDO:  Oh, Bank of America.
12    BY MR. GARRITY:
13    Q    Did he make any payment to you in November of 2017?
14    A    I don't recall.
15    Q    Is there a time that you can recall where he made a
16    payment to you, the last time?
17    A    The last time you sent me paperwork to go to court, and I
18    complained to him, and I'm like, what is this.  You know, you
19    owe me money, I got this court paperwork coming through, this,
20    that and the other, you know.  And he said, you can pass by my
21    office and pick up a check.
22    Q    Do you have a copy of that check?
23    A    No, he gave me cash.
24    Q    How much cash did he give you?
25    A    Like 800 bucks.
```

```
 1              THE COURT:  How much?

 2              MR. PICHARDO:  800 bucks.

 3              THE COURT:  Okay.

 4   BY MR. GARRITY:

 5   Q    And was that the office in Lighthouse Point?

 6   A    Yes.

 7   Q    Do you know where in Lighthouse Point?

 8   A    It's across the street from the Honda dealership.  I

 9   don't know the number of the building.  There's like a 24-hour

10   doughnut place next door.

11   Q    Do you have any idea what street that is?

12   A    I could find out, but I don't know off the top of my head

13   right now.

14   Q    Do you have a cellphone number for this individual?

15   A    I have the office number.

16   Q    You don't have his personal cellphone number?

17   A    It's not the same.

18   Q    Do you have his personal cellphone number?

19   A    Had it, yeah.

20   Q    Do you still have it?

21   A    Yeah, I have the one that I have, but it's not the same

22   number.

23   Q    Okay.  Oh, you're saying it doesn't work anymore.

24   A    Yeah.

25   Q    Okay.  Gotcha.
```

```
 1              Can you provide his office phone number to me?
 2   A    Right now?
 3   Q    Today?
 4   A    I need my cellphone for that.
 5   Q    Okay.
 6   A    But I can get it to you.  That's no problem.
 7   Q    Did you have a current e-mail address for him?
 8   A    No.
 9   Q    Do you know the name of the companies that he's currently
10   operating out of Lighthouse Point?
11   A    It's -- like, it's not a payday loan place.  It has
12   another name.  It's like for -- it's like payday loan, but for
13   businesses.  And it's Nest, like a nest egg, like Nest Planner
14   or Nest Planning, something like that.
15   Q    Did you actually go in the offices there?
16   A    I went when he was first setting it up.
17   Q    And how big is the space?
18   A    1200 square feet.
19   Q    Okay.
20   A    It's not a big space.  One main room, two private
21   offices.
22   Q    Did you see the -- any of the employees?
23   A    No, it was literally like setting up cubicles and setting
24   everything up.  And then, you know, he would dangle the
25   carrot, don't worry, you'll be working again, blah, blah,
```

```
 1   blah.  That never happened.
 2   Q    Was it the same office setup that he brought over from
 3   the other location and started setting up at Lighthouse Point?
 4   A    No, these cubicles were blue.
 5   Q    Okay.
 6   A    It was different.
 7   Q    The checks that he gave you when he was paying you, were
 8   they from Creative Emarketing?
 9   A    Yes, I want to say so.
10   Q    Had he ever paid you out of any other accounts?
11   A    No, just that and cash.
12   Q    Do you know where he lives?
13   A    In Boca.
14   Q    Do you know his address in Boca?
15   A    The exact address, no.
16   Q    Do you know the name of the development?
17   A    Yes.
18   Q    What's the name of the development?
19   A    Trends.
20   Q    Trends?  Thank you.
21        MR. GARRITY:  Okay.  I don't have any further
22   questions, Your Honor.
23        THE COURT:  Okay.  It seems as though other than the
24   telephone number which Mr. Pichardo has agreed to go get out
25   of his phone and provide you, that this is about all he can
```

```
 1   give you.  Is that a fair . . .

 2          MR. GARRITY:  That's a fair assessment.  And after

 3   speaking with him, I believe it's an accurate assessment,

 4   without having -- doing any other investigation into the

 5   facts.  I think he's given me a lot of roads to travel down

 6   and figure out what's going on here.

 7          It's interesting that this individual set up several

 8   corporations and puts other people in charge of them.  And so

 9   I think we're going to be pursuing that, and whatever other

10   information that Joseph can give us we'd be more than happy to

11   take and try to figure out what's going on here.

12          MR. PICHARDO:  I have no problem helping out.

13          THE COURT:  Yeah, it sounds as though there's no

14   love loss here anyway.

15          MR. GARRITY:  Yeah, I agree.

16          THE COURT:  All right.  Well, hopefully this was an

17   expeditious way of --

18          MR. GARRITY:  It was.

19          THE COURT:  -- dealing with this situation.

20          So I thank you all for coming in.  Let the Court

21   know if there's any further intervention that you need on

22   this, and perhaps you two can exchange phone numbers so that

23   he might be able to call you and get whatever information you

24   have.

25          MR. GARRITY:  Yes, Your Honor.
```

1              And I believe we'll be making a motion to proceed

2    supplementary against this other individual, but, well, I

3    guess we'll cross that bridge when we get to it.

4              THE COURT:  Okay.

5              MR. GARRITY:  Thank you.

6              THE COURT:  All right.  Court's in recess.  You're

7    done.

8              MR. PICHARDO:  Okay.  Thank you.

9              THE COURT:  You are a free man.

10       (Proceedings concluded.)

11                          *  *  *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        *  *  *  *  *

 2                        I N D E X

 3  Testimony of Joseph Pichardo

 4            Examination by the Court            5

 5            Direct examination by Mr. Garrity        10

 6                        *  *  *  *  *

 7                    E X H I B I T S

 8  (None.)

 9                        *  *  *  *  *

10                      CERTIFICATE

11       I, Stephen W. Franklin, Registered Merit Reporter, and

12  Certified Realtime Reporter, certify that the foregoing is a

13  correct transcript from the record of proceedings in the

14  above-entitled matter.

15       Dated this 7th day of AUGUST, 2018.

16

17       /s/Stephen W. Franklin
         _____
18       Stephen W. Franklin, RMR, CRR

19

20

21

22

23

24

25
```

BY MR. GARRITY: [6] 10/19 11/17 17/7 17/18 18/11 19/3
BY THE COURT: [2] 5/2 9/14
MR. GARRITY: [13] 2/5 2/19 2/25 4/1 9/8 9/13 10/17 21/20 22/1 22/14 22/17 22/24 23/4
MR. PICHARDO: [11] 2/10 3/22 4/20 4/22 16/17 16/19 17/16 18/10 19/1 22/11 23/7
MS. TRAINA: [1] 2/7
THE COURT: [27]
THE COURTROOM DEPUTY: [2] 2/1 18/9

$
$156,894.17 [1] 3/2

-
-v [1] 1/5

/
/s/Stephen [1] 24/17

1
10 [1] 24/5
10394 [1] 1/17
1099 [1] 9/24
1200 [1] 20/18
16-62883 [1] 2/2
16-62883-CIV-WPD [1] 1/2
18 [1] 1/8

2
201 [1] 1/18
2017 [4] 3/2 3/6 17/11 18/13
2018 [2] 1/8 24/15
24-hour [1] 19/9
2500 [1] 16/21

3
33065 [1] 1/18
33401 [1] 1/22
3768 [1] 1/21

4
4th [1] 17/17

5
500 [2] 16/22 16/23
514-3768 [1] 1/21
561 [1] 1/21

6
60 [1] 16/16
62883 [1] 2/2

7
701 [1] 1/21
7th [2] 3/2 24/15

8
800 [2] 18/25 19/2

A
able [3] 16/13 22/23
above [1] 24/14
above-entitled [1] 24/14
access [1] 16/13
account [12] 5/16 6/11 8/13 8/16 8/17 8/18 8/20 15/25 16/1 18/1 18/5 18/5
accounts [1] 21/10
accurate [1] 22/3
across [1] 19/8
actual [2] 5/15 10/11
actually [6] 7/10 14/1 15/3 17/9 18/2 20/15
address [4] 8/4 20/7 21/14 21/15
after [3] 11/8 17/14 22/2
again [2] 12/15 20/25
against [7] 2/21 3/2 3/4 3/19 4/10 4/12 23/2
agent [2] 6/7 6/8
agents [1] 13/17
ago [1] 18/7
agree [2] 13/5 22/15
agreeable [1] 4/20
agreed [1] 21/24
agreement [3] 14/16 14/23 15/6
agreements [1] 15/12
ahead [1] 15/22
Allstate [1] 6/7
already [1] 11/21
also [4] 1/19 3/15 5/9 12/6
always [1] 16/20
am [1] 11/2
America [2] 18/9 18/11
American [1] 8/21
another [9] 9/22 10/5 11/23 11/23 12/25 13/14 15/2 16/23 20/12
any [28]
anybody [2] 15/5 17/1
anymore [1] 19/23
anything [6] 6/14 8/7 8/22 13/19 14/9 16/17
anyway [2] 9/25 22/14
anywhere [1] 6/14
aol.com [1] 1/22
apparently [2] 6/15 7/8
appearances [2] 1/15 2/4
apply [1] 10/14
around [1] 17/3
arranged [1] 15/18
ask [1] 14/14
asked [3] 11/14 13/20 13/21
asking [1] 11/6
aspect [1] 10/9
assessment [2] 22/2 22/3
attached [1] 9/11
attended [1] 13/24
AUGUST [1] 24/15
authorizing [1] 14/25
auto [1] 6/5

B
back [2] 9/2 16/11
backs [1] 16/5
bad [2] 8/16 16/24
Ballparking [1] 16/16
bank [9] 8/13 8/15 8/17 8/18 18/5 18/5 18/8 18/9 18/11
basic [1] 5/12
BB [1] 18/9
Beach [1] 1/22
because [7] 2/12 2/24 6/1 8/6 9/1 14/7 16/4
before [3] 1/12 14/17 17/13
behalf [4] 2/6 2/8 3/18 15/9
being [5] 9/5 9/7 9/12 15/11 15/18
believe [2] 22/3 23/1
better [1] 17/3
between [3] 15/12 15/20 17/12
big [2] 20/17 20/20
birthday [1] 17/16
blah [3] 20/25 20/25 21/1
blew [1] 8/15
blue [1] 21/4
Boca [2] 21/13 21/14
born [2] 17/11 17/14
bother [1] 17/14
bounced [1] 18/2
bridge [1] 23/3
bring [1] 2/15
broke [1] 5/18
brought [2] 14/7 21/2
bucks [3] 17/4 18/25 19/2
build [1] 7/6
building [3] 8/4 13/18 19/9
bunch [1] 6/1
business [10] 5/11 5/13 6/3 6/4 6/10 6/13 6/15 6/22 7/5 10/8
businesses [2] 15/25 20/13
buy [1] 6/5

C
C.C [1] 2/8
called [2] 12/25 13/14 14/20
Calling [1] 2/2
came [2] 12/16 15/21
can't [1] 16/11
capacity [1] 2/16
carefully [1] 9/18
carrot [1] 20/25
case [6] 1/2 2/2 2/21 3/1 4/1 15/13

cash [3] 18/23 18/24 21/11
cellphone [4] 19/14 19/16 19/18 20/4
CEM [2] 12/2 13/14 14/25
center [1] 5/24
CEO [4] 5/21 5/22 7/10 13/20
Certificate [2] 3/10 24/10
Certified [1] 24/12
certify [1] 24/12
CFO [3] 4/7 5/16 15/8
change [1] 8/8
character [1] 17/2
charge [6] 7/5 12/19 12/20 12/24 16/5 22/8
charge-backs [1] 16/5
charged [1] 16/11
check [5] 8/16 18/1 18/2 18/21 18/22
checks [4] 8/15 8/16 17/23 21/7
Christine [1] 1/16
CIV [1] 1/2
Clematis [1] 1/21
client [5] 3/18 9/1 10/10 15/4 16/5
CMO [1] 13/7
cold [2] 6/7 7/2
collect [3] 3/3 3/8 4/13
collection [2] 3/17 4/10
comes [3] 6/6 8/19 14/10
coming [4] 8/19 16/21 18/19 22/20
communicate [2] 2/15 4/19
communicated [1] 5/7
communications [2] 2/13 4/15
companies [3] 8/1 10/2 20/9
company [18] 5/13 5/18 7/10 7/21 8/11 8/12 9/23 11/6 11/7 11/10 12/3 13/3 13/14 13/16 13/20 14/20 15/1 15/2
company's [1] 10/5
complained [1] 18/18
concluded [1] 23/10
contract [2] 3/18 15/3
contracts [1] 15/11
control [1] 8/10
copies [1] 17/23
copy [2] 18/2 18/22
Coral [1] 1/18
corporate [1] 13/22
corporation [1] 9/25
corporations [1] 22/8
correct [7] 6/23 7/13 9/13 9/14 11/4 14/20 24/13
correspondence [1] 3/15
couldn't [1] 8/17
counsel [1] 5/8

couple [1] 17/4
court [10] 1/1 1/21 2/1 3/15 4/16 5/8 18/17 18/19 22/20 24/4
Court's [1] 23/6
CPE [1] 1/20
CREATIVE [20] 1/6 2/3 2/21 3/3 3/5 5/9 5/11 6/24 7/15 9/21 10/4 10/25 12/25 14/8 14/20 14/24 15/5 15/9 15/12 21/8
Creek [2] 8/3 17/22
cross [1] 23/3
CRR [2] 1/20 24/18
cubicles [5] 6/24 6/24 15/18 20/23 21/4
current [1] 20/7
currently [1] 20/9
custody [1] 8/10
Cypress [2] 8/3 17/22

D
D/B/A [1] 1/7
dangle [1] 20/24
date [1] 3/14
Dated [1] 24/15
day-to-day [1] 10/11
dealership [1] 19/8
dealing [2] 22/19
dealt [2] 6/12 12/4
Debt [2] 9/22 12/2
decided [1] 2/14
defendant [2] 1/8 4/1
desk [1] 8/25
determine [2] 3/7 3/16
development [2] 21/16 21/18
didn't [5] 5/25 6/1 16/2 16/4 17/14
different [5] 4/6 5/18 15/1 15/19 21/16
Direct [2] 10/19 24/5
DISTRICT [2] 1/1 1/1
divided [1] 6/23
division [1] 15/20
DOAN [4] 1/3 2/2 2/7 2/9
document [1] 14/14
documents [5] 8/24 9/11 10/7 10/10 14/2
does [2] 6/2 13/16
doesn't [2] 17/1 19/23
doing [6] 12/17 12/18 13/3 15/19 15/22 22/4
don't [15] 8/17 9/7 9/21 10/3 13/4 13/6 14/9 15/7 16/21 18/14 19/9 19/12 19/16 20/25 21/21
done [2] 4/16 23/7
door [2] 14/4 19/10
doughnut [1] 19/10
down [3] 2/23 8/14 22/5

E
e-mail [2] 1/22 20/7
easier [1] 4/18
efforts [2] 3/17 4/10

{WITNESSNAME}

Index: egg..offices

**E**

egg [1] 20/13
eight [1] 10/1
either [1] 9/18
Elizabeth [1] 13/12
else [11] 5/16 6/14 7/3
8/2 8/15 8/22 11/7 12/10
12/17 14/9 17/1
EMARKETING [18]
1/6 2/3 2/22 3/3 3/5 5/9
5/11 6/4 7/15 9/21 10/25
14/8 14/20 14/24 15/6
15/9 15/12 21/8
employee [1] 12/17
employees [1] 20/22
enable [1] 3/7
end [2] 8/7 12/24
ended [1] 7/15
entered [1] 3/2
entering [1] 14/22
entities [1] 15/20
entitled [1] 24/14
entity [12] 3/4 3/18 4/5
4/6 4/7 4/12 11/24 12/1
12/7 13/7 14/19 15/9
ESQ [2] 1/16 1/16
even [4] 6/12 7/11 15/16
17/14
ever [6] 8/10 13/5 13/24
14/17 15/11 21/10
every [1] 6/21
everybody [1] 2/15
everything [5] 7/8 8/15
11/9 15/16 20/24
everything's [1] 11/11
exact [1] 21/15
exactly [2] 3/16 6/12
examination [4] 5/2
10/19 24/4 24/5
example [2] 7/1 11/8
exchange [1] 22/22
executed [1] 15/3
exhibit [4] 3/9 3/10
10/21 11/1
exhibit 3 [1] 10/21
exhibit 4 [1] 3/9
exhibit 5 [1] 3/10
existed [1] 3/17
existence [1] 7/21
expeditious [2] 22/17
experience [1] 7/3
Express [1] 8/21

**F**

fact [2] 4/9 11/7
facts [1] 22/5
fair [3] 10/7 22/1 22/2
February [1] 3/6
February 2017 [1] 3/6
feet [1] 20/18
figure [2] 22/6 22/11
file [1] 4/17
filed [1] 3/9
financial [2] 10/10 15/16
first [3] 10/25 14/19
20/16

**FL** [1] 1/18
floor [3] 5/24 5/25 7/2
FLORIDA [3] 1/1 1/8
1/22
foregoing [1] 24/12
forget [1] 8/4
formality [1] 11/10
Fort [1] 1/8
forth [2] 5/18 7/7
forward [1] 4/9
Franklin [4] 1/20 24/11
24/17 24/18
free [1] 23/9
full [1] 5/4
functioned [1] 7/10
functions [1] 5/22
further [2] 21/21 22/21

**G**

Garrity [5] 1/16 1/17
2/6 10/16 24/5
gave [3] 18/2 18/23 21/7
generating [1] 6/5
getting [2] 14/3 17/12
give [7] 2/17 9/2 16/22
18/1 18/24 22/1 22/10
given [2] 3/9 22/5
going [12] 2/24 3/16 4/9
5/12 10/21 11/10 11/11
14/14 17/13 22/6 22/9
22/11
good [1] 7/4
got [5] 8/6 14/6 16/17
16/18 18/19
Gotcha [1] 19/25
grand [3] 16/16 16/23
16/23
great [1] 17/1
grew [1] 17/1
guess [1] 23/3
guy [12] 5/24 5/25 7/2
7/3 7/4 9/23 11/21 12/14
16/11 16/24 16/25 17/1
guy's [1] 10/4

**H**

hand [2] 4/25 14/10
handed [3] 9/12 9/13
14/7
handle [1] 15/15
handled [1] 15/16
happen [1] 17/4
happened [1] 21/1
happy [1] 22/10
having [2] 2/13 22/4
he'll [2] 8/1 17/4
he's [5] 12/14 12/16 16/5
20/9 22/5
head [1] 19/12
Health [1] 14/22
HEARING [1] 1/11
HELP [1] 1/7
helping [1] 22/12
here [18] 2/12 3/16 6/24
9/17 9/22 10/5 11/22
12/18 14/24 14/24 14/25
15/1 15/2 15/7 16/23

22/6 22/11 22/14
here's [2] 16/2 18/1
hey [4] 7/4 11/9 16/10
16/21
himself [1] 5/15
hire [1] 7/2
hold [1] 3/19
home [1] 6/20
Honda [1] 19/8
Honor [4] 2/20 10/18
21/22 22/25
HONORABLE [1] 1/12
hopefully [1] 22/16
hour [1] 19/9
huh [3] 11/25 13/2 14/24

**I**

I'll [2] 17/3 17/25
I'm [5] 10/21 11/12
11/20 14/14 18/18
idea [4] 12/16 13/15
15/21 19/11
INC [10] 1/6 3/3 3/6
12/2 13/1 13/15 15/1
15/6 15/9 15/12
Indiscernible [1] 18/7
individual [9] 3/5 3/11
4/6 4/11 11/6 11/14
19/14 22/7 23/2
information [4] 6/8 10/1
22/10 22/23
insurance [8] 6/3 6/4 6/5
6/6 6/8 10/8 10/15 13/17
interesting [1] 22/7
intervention [1] 22/21
investigation [1] 22/4
involved [1] 15/11
issued [1] 9/12
issues [1] 3/14
it's [26]

**J**

jammed [1] 8/16
job [2] 6/6 9/24
Joe [1] 16/12
Joseph [8] 1/16 1/19 2/6
2/11 5/1 5/5 22/10 24/3
JUDGE [1] 1/13
judgment [6] 2/21 3/1
3/4 3/8 3/19 4/12
July [2] 1/8 3/2
July 7th [1] 3/2
just [25]

**K**

keep [1] 17/5
knew [1] 11/21
know [41]
Kramden [1] 17/2

**L**

last [9] 7/18 7/19 8/5
11/16 17/9 17/20 18/2
18/16 18/17
later [1] 11/20
Lauderdale [1] 1/8
law [3] 10/5 13/10 13/12

lead [1] 6/4
leads [2] 10/10 13/18
learn [1] 11/8
leave [2] 11/22 17/9
left [4] 7/22 8/3 14/4
16/15
let [2] 2/17 22/20
letting [1] 4/24
lieu [1] 4/18
life [1] 6/6
Lighthouse [5] 8/7 19/5
19/7 20/10 21/3
limit [1] 10/1
line [1] 15/5
list [5] 5/15 9/1 9/7 9/11
10/11
listed [8] 3/5 4/3 5/11
5/20 7/11 10/25 12/6
14/19
listen [1] 16/21
literally [2] 15/16 20/23
little [1] 7/6
lives [1] 21/12
living [1] 6/20
LLC [3] 1/3 2/7 2/9
loan [9] 1/7 6/3 10/9
10/14 12/4 12/5 14/22
20/11 20/12
located [2] 9/19 17/21
location [3] 5/9 6/17
21/3
Looking [1] 11/23
lose [1] 2/24
loss [1] 12/14
lot [1] 22/5
love [1] 22/14
luck [1] 17/1
LURANA [1] 1/12

**M**

MAGISTRATE [1]
1/13
mail [2] 1/22 20/7
mailed [1] 14/4
main [1] 20/20
making [2] 12/18 23/1
man [1] 23/9
managed [1] 8/14
Marketing [3] 10/4 13/1
14/25
Mastercard [1] 8/21
matter [1] 24/14
matters [1] 5/7
McAuliffe [3] 11/15
11/17 15/8
me [22] 2/17 2/18 4/4
4/24 6/6 7/12 7/18 8/6
8/16 8/16 9/3 12/14
14/10 16/25 17/4 17/25
18/2 18/17 18/19 18/23
20/1 22/5
mean [2] 13/21 16/6
Media [2] 10/4 13/1
meetings [2] 13/22
13/23
merchant [5] 5/16 6/11

8/20 15/24 16/1
merchants [1] 16/12
Merit [1] 24/11
message [1] 15/17
Michael [1] 12/11
Microphone [1] 18/10
might [3] 9/19 10/7
22/23
minutes [1] 13/23
misspell [1] 11/21
misspelled [1] 11/13
money [12] 5/17 8/6
8/18 8/19 12/18 15/23
16/11 16/14 17/25 18/4
18/6 18/19
motion [3] 3/10 10/21
23/1
move [2] 4/10 8/8
Mr [2] 3/21 24/3
Mr. [10] 2/13 2/18 3/13
3/25 4/14 5/6 9/12 9/12
10/16 21/24
Mr. Garrity [1] 10/16
Mr. Pichardo [8] 2/13
2/18 3/13 4/14 5/6 9/12
9/12 21/24
Mr. Pichardo's [1] 3/25
much [5] 8/18 15/23
16/15 18/24 19/1
Multiply [1] 16/23

**N**

name [25]
names [2] 7/25 8/8
need [2] 20/4 22/21
nest [4] 20/13 20/13
20/13 20/14
never [10] 6/13 7/10 8/6
8/21 13/19 16/17 16/24
17/5 17/6 21/1
new [2] 7/2 7/3
next [1] 19/10
nightmare [1] 17/13
no [25]
Nonappearance [1] 3/10
None [1] 24/8
November [3] 17/11
17/17 18/13
November 2017 [1]
17/11
November 4th [1] 17/17
number [11] 2/13 8/4
11/12 19/9 19/14 19/15
19/16 19/18 19/22 20/1
21/24
number 2 [1] 11/12
numbers [1] 22/22

**O**

oath [1] 4/20
off [1] 19/12
office [11] 3/14 6/19
6/21 6/22 15/19 17/20
18/21 19/5 19/15 20/1
21/2
offices [3] 8/8 20/15
20/21

{WITNESSNAME} · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Index: official..under

**O**

official [2]  1/21 2/16
officially [1]  4/16
oh [7]  12/2 15/7 16/19 17/2 17/3 18/11 19/23
okay [33]
once [4]  9/25 10/2 14/5 14/6
one [14]  7/9 8/13 10/5 10/25 12/2 12/16 13/4 14/8 14/14 15/24 16/3 16/4 19/21 20/20
ones [1]  9/22
only [4]  4/5 9/20 11/22 16/4
opened [2]  6/9 8/14
operated [1]  13/23
operating [2]  4/7 20/10
operations [1]  15/19
opportunistic [1]  16/6
opportunity [1]  4/23
opposed [1]  10/9
opposing [1]  5/7
order [1]  2/1
original [2]  3/25 14/8
otherwise [1]  2/24
our [4]  3/9 3/17 3/18 10/21
over [9]  6/24 6/24 8/10 12/18 12/19 14/25 16/16 16/24 21/2
owe [2]  16/15 18/19
owed [1]  8/18
owes [1]  8/6
own [1]  7/7
owned [2]  4/6 11/7
owner [7]  3/5 4/4 4/5 4/5 11/3 11/6 12/10
owner's [1]  5/15

**P**

P.A [1]  1/17
page [1]  14/19
paid [6]  8/6 16/4 16/17 16/18 17/12 21/10
Palm [1]  1/22
paperwork [7]  5/14 11/9 14/3 14/6 14/12 18/17 18/19
particular [1]  4/7
party [1]  15/13
pass [1]  18/20
pay [4]  9/3 16/11 17/24 17/24
payday [2]  20/11 20/12
paying [5]  7/18 16/10 21/7
payment [2]  18/13 18/16
people [2]  6/5 22/8
people's [1]  7/25
perhaps [1]  22/22
person [2]  4/19 5/14
personal [2]  19/16 19/18
personally [1]  8/10
pertain [1]  10/8
phone [4]  6/14 20/1

**Q**

questions [2]  10/16 21/22
quick [1]  10/23

**R**

Raise [1]  4/25
raised [2]  3/14 3/15
Ralph [1]  17/2
real [1]  10/23
really [3]  4/6 4/16 13/19
Realtime [1]  24/12
reason [1]  16/3
recall [2]  8/14 18/15
receive [1]  4/11
received [5]  2/13 4/3 14/12
receiving [1]  14/2
recess [1]  23/6
recognize [1]  14/15
record [9]  3/9 4/8 4/17 5/4 5/7 9/10 11/23 12/25 24/13
records [10]  3/7 3/11 3/17 4/2 4/11 5/10 8/11

**S**

sales [3]  5/24 5/25 7/2
same [10]  6/16 6/16 6/22 7/23 12/21 12/22 16/1 19/17 19/21 21/2
Sample [1]  1/17
saw [1]  16/24
say [4]  3/13 7/1 10/7 21/9
saying [1]  19/23
screw [1]  16/25
Sean [7]  11/15 12/21 12/22 14/7 15/8 15/15 16/7
Sean's [1]  13/12
section [1]  7/6
seems [1]  21/23
seen [1]  14/17
sell [3]  6/8 13/18 13/18
selling [1]  7/4
sent [1]  18/17
served [3]  3/4 3/6 14/1
server [1]  14/3
service [1]  3/8
set [3]  6/4 13/17 22/7
setting [5]  7/8 20/16 20/23 20/23 21/3
setup [1]  21/2
several [1]  22/7
severed [1]  7/4
SFranklinUSDC [1]  1/22
shares [2]  7/4 7/6
short [1]  16/20
show [3]  3/11 10/21 14/14
showed [1]  15/16
shown [1]  3/13
shows [1]  5/14
sign [1]  15/9

signature [1]  15/5
signed [2]  15/4 15/12
since [1]  3/14
sister [3]  10/5 13/10 13/12
sister-in-law [3]  10/5 13/10 13/12
sit [1]  2/23
situation [1]  22/19
sky's [1]  10/1
SNOW [1]  1/12
SOLUTIONS [8]  1/3 2/3 2/7 2/9 9/22 12/2 13/15 15/1
somebody [2]  5/16 12/10
someone [4]  4/7 7/1 11/7 15/21
something [5]  4/17 6/12 8/2 14/4 20/14
sometime [1]  7/19
somewhere [3]  7/3 12/17 18/3
son [1]  17/16
son's [1]  17/16
sort [1]  8/21
sought [2]  9/5 9/7
sounds [1]  22/13
SOUTHERN [1]  1/1
space [4]  15/8 15/19 20/17 20/20
speak [1]  4/24
speaking [2]  4/4 22/3
spoke [2]  6/13 8/5
sporadically [1]  17/13
Springs [1]  1/18
square [2]  20/18
start [2]  2/17 10/2
started [2]  6/15 21/3
state [2]  5/4 5/6
STATES [1]  1/1 1/13
Stephen [4]  1/20 24/11 24/17 24/18
Sterling [1]  12/13
stick [1]  17/3
still [5]  7/21 8/9 8/17 9/3 19/20
stopped [2]  7/18 8/23
straw [1]  4/5
street [3]  1/21 19/8 19/11
student [1]  1/7 6/3 10/9 10/14 12/4 12/5 14/22
stuff [9]  6/1 6/3 8/21 8/25 9/1 9/2 9/3 10/11 10/15
subpoena [4]  3/4 3/6 9/5 9/11
Suite [1]  1/18
summary [1]  2/18
Sunbiz [4]  4/3 10/22 11/23 12/25
supplementary [2]  2/14 23/2
supposed [1]  15/8
sure [3]  4/21 10/24 16/2

sworn [1]  5/1
Systems [1]  8/17

**T**

take [5]  4/19 8/23 9/2 9/16 22/11
talking [1]  16/7
team [1]  7/7
telephone [1]  21/24
tell [1]  17/25
telling [1]  7/12
terms [1]  9/5
testify [1]  4/9
testimony [3]  4/20 11/5 24/3
text [1]  15/17
thank [6]  4/23 11/19 21/20 22/20 23/5 23/8
that's [15]  4/8 4/20 7/7 8/5 11/12 12/4 12/10 13/10 14/10 14/16 14/19 15/4 15/23 20/6 22/2
there's [10]  5/23 8/18 9/17 12/25 13/14 16/11 16/21 19/9 22/13 22/21
they're [3]  4/17 8/9 14/22
thing [5]  5/12 7/24 16/2
think [2]  22/5 22/9
third [1]  15/13
those [2]  9/6 9/18
though [3]  7/11 21/23 22/13
thought [1]  4/18
threw [1]  6/10
through [3]  9/17 10/22 18/19
throw [1]  17/4
timeshare [1]  7/5
title [1]  11/3
today [2]  4/19 20/3
told [1]  4/4
too [1]  7/5
took [1]  8/25
top [1]  19/12
Traina [3]  1/16 1/17 2/8
transcript [2]  1/11 24/13
transfer [2]  17/25 18/4
transferred [1]  18/6
travel [1]  22/5
Trends [2]  21/19 21/20
try [2]  4/11 22/11
trying [2]  3/3 16/25
two [7]  16/16 16/21 16/22 16/23 16/24 20/20 22/22
type [1]  17/2

**U**

uh [7]  7/16 8/25 9/7 11/25 13/2 14/18 14/24
Uh-huh [3]  11/25 13/2 14/24
umbrella [2]  6/16 7/9
under [14]  4/20 5/12 5/13 6/10 6/15 7/9 7/23

{WITNESSNAME}

**U**

**under... [7]** 8/1 8/13 9/20 9/23 10/2 10/6 11/10
**understanding [3]** 3/20 4/2 14/11
**UNITED [2]** 1/1 1/13
**us [4]** 2/15 3/7 3/9 22/10
**used [2]** 6/11 17/24

**V**

**versus [1]** 2/3
**very [1]** 16/5
**vice [1]** 12/6
**villain [1]** 16/25
**Visa [1]** 8/20
**voice [1]** 2/25
**volume [1]** 2/24

**W**

**want [4]** 5/6 6/5 9/16 21/9
**wants [1]** 2/18
**wasn't [2]** 6/12 13/21
**ways [1]** 5/19
**we'd [1]** 22/10
**we'll [2]** 23/1 23/3
**we're [5]** 2/24 3/16 7/5 11/10 22/9
**Website [1]** 13/15
**websites [1]** 13/19
**weeks [1]** 16/21
**well [8]** 7/4 9/5 10/12 15/3 16/2 17/6 22/16 23/2
**went [4]** 6/21 8/13 17/20 20/16
**West [2]** 1/17 1/22
**what's [7]** 8/4 9/7 11/16 12/1 21/18 22/6 22/11
**whatever [4]** 10/12 14/12 22/9 22/23
**When's [1]** 17/16
**where [10]** 2/18 5/16 8/5 9/19 15/19 17/20 18/6 18/15 19/7 21/12
**whether [1]** 3/7
**while [1]** 9/4
**who's [1]** 4/7
**whole [1]** 6/1
**why [2]** 4/8 16/3
**wife [1]** 5/15
**wife's [4]** 10/6 11/11 11/13 11/21
**willing [1]** 9/2
**wish [1]** 4/14
**without [1]** 22/4
**witness [2]** 1/19 5/1
**work [4]** 6/20 10/11 14/7 19/23
**worked [4]** 9/23 17/5 17/6 17/10
**working [5]** 8/23 10/2 12/14 17/5 20/25
**works [1]** 6/13
**worry [3]** 14/9 16/22 20/25
**wouldn't [2]** 10/14 16/13
**wow [1]** 11/21
**WPD [1]** 1/2
**wrote [1]** 8/14

**Y**

**yeah [21]** 3/1 6/23 7/16 7/20 7/20 9/4 10/3 10/6 10/13 11/8 13/8 13/17 14/4 14/18 15/4 16/21 19/19 19/21 19/24 22/13 22/15
**year [2]** 7/18 7/19
**years [3]** 11/20 16/16 18/7
**yes [13]** 2/20 6/18 11/2 12/8 12/8 13/13 14/13 14/21 16/8 19/6 21/9 21/17 22/25
**you'll [3]** 7/24 7/25 20/25
**you're [11]** 7/5 7/11 12/6 12/19 12/20 12/24 14/25 15/22 16/7 19/23 23/6
**you've [1]** 5/7