UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

      Plaintiff,                                     Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation

      Defendant.
_____/

**PLAINTIFF'S SECOND MOTION FOR PROCEEDINGS SUPPLEMENTARY**

Plaintiff, DOAN SOLUTIONS, LLC, by and through its undersigned counsel, and pursuant to Rule 69 of the Federal Rules of Civil Procedure and Fla. Stat. § 56.29, hereby files this Second Motion for Proceedings Supplementary and Supporting Memorandum of Law, and states the following in support thereof:

      1.      A Final Judgment [D.E. 36] in this matter was entered on July 10, 2017, in favor of Plaintiff for an amount totaling $156,894.17 and accruing interest pursuant to 28 U.S.C. § 1961.

      2.      To date, the judgment remains unsatisfied. *See* Affidavit of Joshua W. Rosenberg, Esq., attached hereto as **EXHIBIT 1**.

      3.      Upon information and belief, Judgment Debtor, CREATIVE EMARKETING INC., was not actually under the control of the officers and directors listed on its filings with the State of Florida. Those filings list Joseph Pichardo as the owner and "Manda A Ruotolo" as the Vice President. True and correct copies of the Sunbiz records are attached hereto as **EXHIBIT 2**.

4. On April 10, 2018, Plaintiff filed a Motion for Proceedings Supplementary [D.E. 39], seeking to recover the judgment from Joseph Pichardo and other entities for which he was listed as an owner or director in the records of the State of Florida.

5. On April 12, 2018, this Honorable Court granted the Motion for Proceedings Supplementary, impleading Joseph Pichardo and ordering him to respond to the allegations in the Motion for Proceedings Supplementary. *See*, [D.E. 41].

6. After finally managing to serve a copy of the Order [D.E. 41] and Motion for Proceedings Supplementary [D.E. 39] upon Mr. Pichardo, he filed his Answer [D.E. 51] on June 29, 2018.

7. On July 3, 2018, this Honorable Court issued an Order [D.E. 52] setting a hearing on Plaintiff's Motion for Proceedings Supplementary, and directing Mr. Pichardo to appear for questioning on July 18, 2018.

8. On July 18, 2018, the hearing was held, and Mr. Pichardo appeared to testify. A copy of the transcript of the hearing was ordered, and appears on the docket as [D.E. 56].

9. Mr. Pichardo testified, under oath, that despite Defendant corporation, CREATIVE EMARKETING, INC., being listed as owned by him, he had no real control over the entity, and that the company was established by his employer, Sean McAulffie. [D.E. 56] at 10:21 - 11:15.

10. Mr. Pichardo testified that although his name appears on the records of several Florida corporations, he did not file the documents to establish the entities, and that Mr. McAulffie did so, naming a member of his family[1] as an officer or director along with Mr. Pichardo. [D.E. 56] at 11:8-15 and 13:5-13.

---

[1] Based on Mr. Pichardo's testimony, Plaintiff believes that the "Ruotolo A, Manda" appearing as the Vice President of Defendant, CREATIVE EMARKETING, INC., may actually be an individual named Amanda Ruotolo, who is likely the wife of Sean McAulffie.

11. Mr. Pichardo testified that he was not asked if he agreed to serve as the officer of some of the companies, he was simply told "this is what it is". [D.E. 56] at 9:23 – 10:2 and 13:20-21.

12. Mr. Pichardo testified that although he opened a bank account for Defendant, it was managed by Mr. McAulffie, who "wrote all the checks", and did so in a way which negatively affected Mr. Pichardo's ability to maintain a bank account. [D.E. 56] at 8:10-18.

13. Mr. Pichardo testified that he had no role in the signing of the contract between Plaintiff and Defendant, and that is was Mr. McAulffie, acting as the "CFO" of CREATIVE EMARKETING, INC. who met with Plaintiff and provided the Affiliate Agreement which was attached to Plaintiff's Verified Complaint[2]. [D.E. 56] at 15:8-17.

14. After Mr. Pichardo's enlightening testimony, Plaintiff believes that it is Sean McAulffie who actually controlled the funds for Defendant, and who transferred them to other accounts under his control.

15. Upon information and belief, Sean McAulffie has transferred substantial corporate assets, including its bank accounts and revenue streams, from Judgment Debtor, CREATIVE EMARKETING INC, to other entities in an effort to avoid collection.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order granting its Motion for Proceedings Supplementary and requiring, pursuant to Fla. Stat. § 56.29(2), that SEAN MCAULFFIE appear before the Court to be examined concerning Judgment Debtor's property. Plaintiff further requests that its reasonable attorneys' fees and costs incurred as a result of the proceeding supplementary be taxed against Mr. McAulffie, pursuant to Fla. Stat. § 56.29(11).

---

[2] *See*, [D.E.1-1] at pages 5 and 6

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so. The reasonable efforts made were specifically as follows:

The undersigned attempted to confer with Sean McAulffie, by written correspondence sent September 12, 2018, via Federal Express to 22971 Old Inlet Bridge Drive, Boca Raton, FL 33433. Mr. McAulffie contacted the office of the undersigned via telephone on September 13, 2018, but the issues raised herein could not be resolved.

/s/ Joshua W. Rosenberg
**JOSHUA W. ROSENBERG, ESQ.**
Fla. Bar No. 88804

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served upon all interested parties via U.S. Mail directed to Creative Emarketing, Inc., c/o Joseph Pichardo, 731 Lyons Road, Apartment 16202, Coconut Creek, FL 33063 and to Sean McAuliffe, 22971 Old Inlet Bridge Drive, Boca Raton, FL 33433, on this September 14, 2018.

Respectfully submitted,

GARRITY TRAINA, PLLC
*Attorneys for Plaintiff*
5485 Wiles Road, Unit 404
Coconut Creek, FL 33073
Phone: (954) 753-6666
Fax:    (954) 753-6663

By: /s/ Joshua W. Rosenberg
**JOSEPH D. GARRITY, ESQ.**
Fla. Bar No. 87531
jgarrity@garritytraina.com
**C.C. TRAINA, ESQ.**
Fla. Bar No, 91238
ctraina@garritytraina.com
**CHRIS TRAINA, ESQ.**
Fla. Bar No. 91001
chris@garritytraina.com
**JOSHUA W. ROSENBERG, ESQ.**
Fla. Bar No. 88804
jrosenberg@garritytraina.com
gtservice@garritytraina.com (secondary)