**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 16-CV-62883-DIMITROULEAS/SNOW**

DOAN SOLUTIONS, LLC, a North Carolina limited liability company,

    Plaintiff,

v.

CREATIVE EMARKETING, INC., d/b/a STUDENT LOAN HELP 1, a Florida corporation,

    Defendant.

**IMPLEADER DEFENDANT SEAN MCAULIFFE'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH COURT ORDER**

Impleader Defendant, SEAN MCAULIFFE, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6 and Local Rule 7.1(a), respectfully requests that this Court grant him an enlargement of time through and including October 26, 2018, to comply with this Court's Order [DE 59] and in support states as follows:

1. On September 19, 2018, this Court entered an Order [DE 59] ("Order") granting Plaintiff's Second Motion for Proceedings Supplementary [DE 57] ("Motion"), impleading Sean McAuliffe ("MCAULIFFE") into these proceedings as an Impleader Defendant.

2. On October 10, 2018, counsel for Plaintiff filed its Certificate of Compliance With Court Order indicating that i) on September 12, 2018 counsel had sent MCAULIFFE a copy of the yet-to-be-filed Motion via Federal Express, ii) on September 20, 2018, Plaintiff's counsel emailed a copy of the Order to an attorney named Ian Berkowitz

    who did not end up making an appearance for MCAULIFFE in this action, and iii) emailed a copy of the Motion to Mr. Berkowitz on October 20, 2018.

3. These facts do not conclusively establish that Plaintiff's counsel has complied with the Court's directive issued in its Order on September 19, 2018 that counsel "serve the Order and Motion" upon MCAULIFFE (DE 59 at paragraph 1).

4. Fed. R. Civ. P. (5)(a)(1)(A) requires that when an order states that service is required, service is to be made as per Rule 5(b) which requires service to be made on a party directly when an order so requires it (Fed. R. Civ. P. 5(b)(1)). Plaintiff's counsel has not served the Order directly on MCAULIFFE even though the Order required "service of this Order and the Motion upon *him*" (emphasis added). Emailing the Order to Mr. Berkowitz is not proper "service" of that Order upon MCAULIFFE.

5. Regardless, out of an abundance of caution, the undersigned, having just made his appearance for MCAULIFFE, reached out to Joshua Rosenberg, counsel for Plaintiff, and arranged via agreement with counsel to file and serve MCAULIFFE'S responses to the Motion and Order on or before October 26, 2018.

WHEREFORE, Implead Defendant SEAN MCAULIFFE, respectfully requests that this court issue an Order (A proposed version of which is attached hereto as Exhibit "A") granting his request for an enlargement of time to serve his responses to the Motion and Order through and including October 26, 2018, and for such other and further relief this Court deems just and proper.

    Dated: October 16, 2018.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

The undersigned certifies that he has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this motion, and counsel for Plaintiff has expressed that he has no objection to the relief sought herein.

>RESPECTFULLY SUBMITTED,
**WYMAN LEGAL SOLUTIONS**
955 NW 17TH AVENUE, SUITE C
DELRAY BEACH, FL 33445
P: (561) 361-8700
F: (561) 361-8899

>BY: */s/ Andrew D. Wyman, Esq.*
ANDREW D. WYMAN, ESQ.
FLORIDA STATE BAR NO.: 326010
ANDY@WYMANLEGALSOLUTIONS.COM
ATTORNEY FOR IMPLEADER DEFENDANT
SEAN MCAULIFFE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court on October 16, 2018 using the CM/ECF system which will send notification of such filing to all counsel or parties of record listed on the Service List below.

>Respectfully Submitted,
*/s/ Andrew D. Wyman, Esq.*
Andrew D. Wyman
Fla. Bar No. 326010

**SERVICE LIST**

Joseph D. Garrity, Esq. (jgarrity@garritytraina.com)
C.C. Traina, Esq. (ctraina@garritytraina.com)
Chris Traina, Esq. (chris@garritytraina.com)
Joshua W. Rosenberg (jrosenberg@garritytraina.com) (gtservice@garritytraina.com)
GARRITY TRAINA, PLLC
*Attorneys for Plaintiff*
5485 Wiles Road, Unit 404
Coconut Creek, FL 33073
E-mail: jgarrity@garritytraina.com

Joseph Pichardo
Creative Emarketing, Inc. c/o Joseph Pichardo
731 Lyons Road, Apartment 16202
Coconut Creek, FL 33063