## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

      Plaintiff,                         Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation,

      Defendant,

and

JOSE PICHARDO a/k/a JOSEPH PICHARDO
a/k/a JOE PICHARDO, an individual, and
SEAN MCAULIFFE, an individual

      Impleader Defendants.

_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

☒1.  Head of family wages. (Check either a. or b. below, if applicable.)

    ☒a.  I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

    ☐b.  I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

☐2.  Social Security benefits.

☐3.  Supplemental Security Income benefits.

☐4.  Public assistance (welfare).

☐5.  Workers' Compensation.

☐6.  Reemployment assistance or unemployment compensation.

☐ 7. Veterans' benefits.

☒ 8. Retirement or profit-sharing benefits or pension money.

☐ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

☐ 10. Disability income benefits.

☐ 11. Prepaid College Trust Fund or Medical Savings Account.

☒ 12. Other exemptions as provided by law. (explain)

WRIT IS Pre-judgment AS to Sean McAuliffe and this requires Plantiff to post a bond. Sean McAuliffe has not been adjudicated responsible for the judgment, nor that he owes money to the judgment debtor.

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: C/o Andrew Wyman, ESq., 4800 N. Federal Hwy. Suite 205B, Boca Raton FL 33431

Telephone number: (561) 361-8700

**I CERTIFY UNDER OATH AND PENALTY OF PERJURY** that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one) United States mail or hand delivery on _____ (insert date) , to: Joseph Gerrity, 5485 Wiles Rd. #404 Coconut Creek, FL 33073 and ETRADE Financial Services Corp. C/o Corporation Svc. Co, 1201 Hays St., Tallahassee, FL (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished) .    32301-2525

**I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY** that the statements made in this request are true to the best of my knowledge and belief.

Date: 6/7/19

Defendant's signature
SEAN MCAULIFFE

**STATE OF FLORIDA**

**COUNTY OF** Palm Beach

Sworn and subscribed to before me this 7th day of JUNE _____ (month), 2019, by SEAN MCAULIFFE _____ (name of person making statement), who is Personally Known OR Produced Identification _____
(Type of Identification Produced _____

ANDREW WYMAN
Notary Public - State of Florida
Commission # GG 207865
My Comm. Expires Aug 12, 2022
Bonded through National Notary Assn.

Notary Public/Deputy Clerk

**[AFFIX SEAL]**