UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

    Plaintiff,                              Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation,

    Defendant,

and

JOSE PICHARDO a/k/a JOSEPH PICHARDO
a/k/a JOE PICHARDO, an individual, and
SEAN MCAULIFFE, an individual

    Impleader Defendants.
_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

☒ 1. Head of family wages. (Check either a. or b. below, if applicable.)

    ☒ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

    ☐ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

☐ 2. Social Security benefits.

☐ 3. Supplemental Security Income benefits.

☐ 4. Public assistance (welfare).

☐ 5. Workers' Compensation.

☐ 6. Reemployment assistance or unemployment compensation.

☐ 7. Veterans' benefits.

☒ 8. Retirement or profit-sharing benefits or pension money.

☐ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

☐ 10. Disability income benefits.

☐ 11. Prepaid College Trust Fund or Medical Savings Account.

☒ 12. Other exemptions as provided by law. (explain)
I am not a party to these proceedings, nor have I been adjudicated responsible for this judgment, nor that I owe money to the judgment debtor

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: c/o Andrew Nyman, Esq., 4800 N. Federal Hwy., Suite 205B, Boca Raton, FL 33431

Telephone number: (561) 361-8700

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this ~~CLAIM OF EXEMPTION AND REQUEST FOR HEARING~~ has been furnished by (circle one) United States mail or hand delivery on _____ (insert date) , to: Joseph Garrity, 5485 Wiles Rd. #104, Coconut Creek, FL 33073 and ETRADE Financial Services Corp c/o Corporation Svc. Co., 1201 Hays St., Tallahassee, FL 32301-2525 (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

Date: 6/7/19

Amanda Ruotolo
Defendant's signature
AMANDA RUOTOLO

STATE OF FLORIDA

COUNTY OF PALM BEACH

Sworn and subscribed to before me this 7 day of JUNE (month), 2019, by AMANDA RUOTOLO (name of person making statement), who is Personally Known OR Produced Identification _____ (Type of Identification Produced).

ANDREW WYMAN
Notary Public - State of Florida
Commission # GG 207865
My Comm. Expires Aug 12, 2022
Bonded through National Notary Assn.

Notary Public/Deputy Clerk

[AFFIX SEAL]