**E✱TRADE**
**FINANCIAL**

E*TRADE Securities LLC
Harborside 2
200 Hudson Street, Suite 501
Jersey City, NJ 07311

www.etrade.com
Member FINRA/SIPC

June 12, 2019

```
FILED BY    PG    D.C.

   JUN 13 2019

   ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
  S. D. OF FLA. - MIAMI
```

**VIA FED EX**

Attn: Clerk of the Court

RE: Jose Pichardo, Sean McAuliffe & Amanda Ruotolo CASE NO: 16 CV 62883
**Writ of Garnishment : Doan Solutions VS Creative Emarketing**

**ANSWER OF GARNISHEE E*TRADE SECURITIES LLC**

Garnishee, E*TRADE Securities, answers the *Writ of Garnishment* served upon it as follows:

At the time of service of the Summons on May 24, 2019, Garnishee's records reflect the following account(s) and sums which may be subject to the Summons and Levy:

| Account | Account# | Type | Status | NAME | Relation | Opened | Balance |
|---|---|---|---|---|---|---|---|
| Brokerage | 35717763 | INDIVIDUAL | Restricted | AMANDA M RUOTOLO | Sole Owner | 10/02/2014 | $590.28 |
| | 37490276 | ROTHIRA | Restricted | AMANDA M RUOTOLO | Sole Owner | 10/07/2014 | $158.91 |
| Brokerage | 35727372 | INDIVIDUAL | Closed | JOSEPH PICHARDO | Sole Owner | 10/08/2014 | $0.00 |
| | 37590514 | ROTHIRA | Active | JOSEPH PICHARDO | Sole Owner | 11/10/2014 | $0.01 |
| | 63071482 | INDIVIDUAL | Active | JOSEPH PICHARDO | Sole Owner | 03/22/2009 | $-0.85 |
| TELEBANK | 2022238790 | Complete Savings | ACTIVE | JOSEPH PICHARDO | Sole Owner | 10/03/2008 | $0.00 |
| Brokerage | 52795088 | ROTHIRA | Restricted | Sean McAuliffe | Sole Owner | 12/06/2018 | $162.39 |

Also, 37490276, 5279 5088 is an Individual Retirement Account ( IRA). In addition, the account maintains securities and the value will fluctuate with market conditions. If you have any questions, please feel free to contact the undersigned at (201) 499-9834 or fax to my attention at (703) 236-4879.

Sincerely,

Doug DePaola
Legal Manager

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

    Plaintiff,

Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation,

    Defendant,

and

JOSE PICHARDO a/k/a JOSEPH PICHARDO
a/k/a JOE PICHARDO, an individual, and
SEAN MCAULIFFE, an individual

    Impleader Defendants.

_____/

JP255
MAY 2 2 2019
3pm

## WRIT OF GARNISHMENT

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA:**

    **YOU ARE COMMANDED** to summon the Garnishee,

ETRADE FINANCIAL SERVICE CORPORATION
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Fl 32301-2525

to serve an answer to this Writ on **Garrity Traina, PLLC**, Plaintiff's attorney, whose address is, **5485 Wiles Road, Suite 404, Coconut Creek, FL 33073**, within twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee

Case 0:16-cv-62883-WPD   Document 79 *SEALED*   Entered on FLSD Docket 05/17/2019   Page 2 of 2

is indebted to one or more of the following: CREATIVE EMARKETING, INC. d/b/a STUDENT LOAN HELP 1, JOSE PICHARDO a/k/a JOSEPH PICHARDO a/k/a JOE PICHARDO, AMANDA RUOTOLO, AFS HOLDINGS, LLC, and/or SEAN MCAULIFFE (hereinafter, collectively "Defendants"), at the time of the answer or was indebted at the time of service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendants or who may be in possession or control of any of the property of the Defendants.

The amount set in Plaintiff's motion is **$160,320.22.**

DATED on   May 17, 2019

**Angela E. Noble**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
By: *C. Barnes-Butler*
Deputy Clerk

ORIGIN ID:AIYA    (800) 387-2331
LEGAL PROCESS

HARBORSIDE 2
200 HUDSON STREET, SUITE 501
JERSEY CITY, NJ 07311
UNITED STATES US

SHIP DATE: 12JUN19
ACTWGT: 1.00 LB
CAD: 100102096/INET4100

BILL SENDER

TO  **CLERK OF THE COURT**
**US DISTRICT COURT**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(000) 000-0000         REF
INV
PO                             DEPT



FedEx Express

TRK# 7754 5581 5890
0201

THU - 13 JUN 10:30A
**PRIORITY OVERNIGHT**

**XH MPBA**      33128
                FL-US  MIA



FedEx Ship Manager - Print Your Label(s)

6/12/2019