UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

    Plaintiff,                             Case No: 16-cv-62883

v.

CREATIVE EMARKETING, INC.
d/b/a STUDENT LOAN HELP 1,
a Florida Corporation

    Defendant.
_____/

## PLAINTIFF'S MOTION TO DISSOLVE WRIT OF GARNISHMENT AGAINST WELLS FARGO BANK, N.A.

Plaintiff, DOAN SOLUTIONS, LLC, by and through its undersigned counsel, respectfully requests that this Honorable Court dissolve the Writ of Garnishment [D.E. 80] issued against WELLS FARGO BANK, N.A. on May 17, 2019, in the above-styled action, the Answer to said Writ of Garnishment [D.E. 83] having been filed on May 28, 2019.

With the dissolution of the Writ of Garnishment against WELLS FARGO BANK, N.A., Plaintiff additionally requests that this Honorable Court cancel the hearing on Debtors', SEAN MCAULIFFE and AMANDA RUOTOLO, Claim of Exemption currently set for July 10, 2019 at 2:00 PM.

**WHEREFORE**, Plaintiff, DOAN SOLUTIONS, LLC, respectfully requests that this Honorable Court Dissolve the Writ of Garnishment [D.E. 80] issued against WELLS FARGO BANK, N.A., and cancel the hearing on the Claims of Exemption currently set for July 10, 2019.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served upon all interested parties via the CM/ECF system directed to andy@wymanlegalsolutions.com; service@wymanlegalsolutions.com, aherron@homerbonner.com, jyanes@homerbonner.com; payers@burr.com and via U.S. Mail directed to Creative Emarketing, Inc., c/o Joseph Pichardo, 731 Lyons Road, Apartment 16202, Coconut Creek, FL 33063, on this July 1, 2019.

Respectfully submitted,

GARRITY TRAINA, PLLC
*Attorneys for Plaintiff*
5485 Wiles Road, Unit 404
Coconut Creek, FL 33073
Phone: (954) 753-6666
Fax:    (954) 753-6663

By: /s/ Joshua W. Rosenberg
**JOSEPH D. GARRITY, ESQ.**
Fla. Bar No. 87531
jgarrity@garritytraina.com
**C.C. TRAINA, ESQ.**
Fla. Bar No, 91238
ctraina@garritytraina.com
**CHRIS TRAINA, ESQ.**
Fla. Bar No. 91001
chris@garritytraina.com
**JOSHUA W. ROSENBERG, ESQ.**
Fla. Bar No. 88804
jrosenberg@garritytraina.com
gtservice@garritytraina.com (secondary)