UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62883-DIMITROULEAS/SNOW

DOAN SOLUTIONS, LLC,
a North Carolina limited liability company,

    Plaintiff,
v.

CREATIVE EMARKETING, INC. d/b/a/
STUDENT LOAN HELP 1, a Florida corporation,

    Defendant,

and

JOSEPH PICHARDO, an individual,

    Impleaded Defendant,

and

SEAN MCAULIFFE, an individual,

    Impleaded Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff's Motions to Dissolve Writs of Garnishment and to Cancel Hearings (ECF Nos. 93, 94, 95) Based on a review of the Motions, it is

ORDERED AND ADJUDGED that the Plaintiff's Motions (ECF Nos. 93, 94 and 95) are GRANTED and the hearing scheduled before the undersigned for July 10, 2019, is cancelled.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of July, 2019.

                                                                              LURANA S. SNOW
                                                                         UNITED STATES MAGISTRATE JUDGE

Copies to:
  All Counsel of Record and *Pro Se* Parties
  Joseph Pichardo, 731 Lyons Rd., 16202, Coconut Creek, FL 33063